Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Serge Pentsak and Monika Pasek,

                Plaintiff(s),

v.

Coopervision, Inc.; et al.

                Defendant(s).

Case No: 4:15-cv-01097

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Elizabeth A. Fegan, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Serge Pentsak and Monika Pasek in the above-entitled action. My local co-counsel in this case is Jeff D. Friedman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1144 West Lake Street, Suite 400<br>Oak Park, Illinois 60301 | 715 Hearst Ave., Suite 202<br>Berkeley, California 94710 |
| MY TELEPHONE # OF RECORD:<br>(708) 628-4949 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(510) 725-3000 |
| MY EMAIL ADDRESS OF RECORD:<br>beth@hbsslaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jefff@hbsslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6229226.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/16/15

                                              Elizabeth A. Fegan
                                              APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Elizabeth A. Fegan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/25/2015

                                              UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Elizabeth A. Fegan

*Northern District of Illinois*

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Elizabeth A. Fegan was duly admitted to practice in said Court on (12/20/1995) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (03/16/2015)

Thomas G. Bruton, Clerk,

By: Jannette Nunez
Deputy Clerk